**No. 09-903. Michael Shreffler, Petitioner v. Darryl L. Lewis.**

559 U.S. 1008, 130 S. Ct. 1936, 176 L. Ed. 2d 366, 2010 U.S. LEXIS 2585.

March 22, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 581 F.3d 467.